UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

14 CV 8242

PEREZ, HECTOR
MARLAND INTERNATIONAL S.A.
MEDINA, LIS CARINA
TERRA RISSO, M. ALEJANDRA
WITKRON S.A.
GOLSUN S.A.
JOSE, JUAN ALBERTO
QUATRINI, JOSE LUIS
RUIZ, MARIO ALBERTO
FARIGOLD TRADE S.A.
MARTINEZ, CLAUDIO
DE GAMBOA, FRANCISCO
MURILLO DE GEBERT, SILVIA ALCIRA and GEBERT, ENRIQUE ANTONIO JULIO
LAYNEL CORPORATION S.A.

*[Plaintiffs in 03 Civ. 1680]*

[additional Plaintiffs are listed on following pages]

Plaintiffs,

-against-

THE REPUBLIC OF ARGENTINA,

Defendant.

**COMPLAINT**

Plaintiffs, by their attorneys, Milberg LLP, for their Complaint, allege as follows:

Nature of the Action

1. This is a breach of contract action arising in connection with defaulted bonds ("Bonds") issued by Defendant, the Republic of Argentina.

2. Plaintiffs own beneficial interests in such Bonds. Plaintiffs have previously sued Argentina in this Court to recover on their Bonds and have obtained money judgments in those actions, which are identified in the caption by docket number. Argentina has failed to pay those

*[Text continues on page 16]*

*[Caption continued]*

x

MAZZOLA, LIVIO :
BRADFORD PROMOTIONS S.A. :
HAMBURG CONSULTING INC. :
GARRAFA, PIERINO :
SENDIN, CARLOS JESUS :
GIBSON, EDUARDO :
BASSO, FRANCISCO :
ANTONIONE, FRANCA :
PEREZ, FLORENCIO :
GRECO, JUAN CARLOS :
ZUBIELQUI, RAMON :
FRANCESCHI, EDUARDO ANDRES :
GELLXON CORP. :
COHEN, ENRIQUE :
BERRAONDO, MARIA ISABEL :
ZUBASTI, GRACIELA :
SANCHEZ BLANCO, ADOLFO :
SALAMANCA, RAFAEL ANTONIO :

*[Plaintiffs in 03 Civ. 4693]* :

KINBURG TRUST S.A. :
MAZZINI, JORGE MARCELO and CHERSICLA, GRACIELA ALEJANDRA :
COMPAÑÍA CALITECNO S.A. :
ZUM FELDE, HEINRICH PETER :
BARAVALLE, ANA VALERIA and BARAVALLE, PABLO ALEJANDRO :
BACLINI, EZEQUIEL HERNAN and CARONNA, PATRICIA RUTH :
LANDI, JOSE ALBERTO :
SADDEMI, SALVADOR and LEPONE, MARIA TERESA :
TABOADA, HERNAN :
FRASCA DE LAURIA, SUSANA :
GIUDICE, NORBERTO PABLO :
LAURIA, SUSANA and DOTTO, GUILLERMO :
TABOADA, JORGE MANUEL :
ESCUDERO, MARIA DEL CARMEN :
COHEN, ENRIQUE and ROSAS DE COHEN, ESTRELLA BETY and COHEN, DEBORA REINA :
CORBINS TRADE S.A. :
GIACOMAZZI, LUIGI and PEDROLLI, LUCIANA :
GIACOMAZZI, PATRIZIA and STAGNITTO, MICHELE :

*[Caption continued]*

MATHEOU, CLAUDIO MIGUEL :
MASINI, HUGO and TOURON, VIVIANA NOEMI :
DOMATO, GUILLERMO JORGE :
IMPERIAL BYLIDOL S.A. :
PARDAL, DARIO ALBERTO :
MASTRONARDI, PAULA :
VAZQUEZ, HORACIO ALBERTO and CEBROWSKI, LILIANA :

*[Plaintiffs in 03 Civ. 8120]* :

PELUFFO, DIEGO PEDRO and FOX ANASAGASTI, FELICITAS FLORENCIA :
GIOVACHINI, JUAN OMAR and PARISI, LILIA ANGELICA :
ALMANZA, GUILLERMO and VON GROMANN, FELICITAS C. :
GAMITO, GRACIELA ADRIANA and CALEFFA, ADRIAN :
TRALOVE COMPANY S.A. :
MALETTI, MAURA :
SAURO, ROBERTO VIRGILIO and LESO, RITA :
GIL, RODOLFO ALBERTO and VICENCIO SAAVEDRA, VIVIAN ORIANA :
DE LA MERCED, FRANCISCO EDUARDO and BAVASSI, ISABEL EVANGELINA :
MAKAPYAN S.R.L. :
MECHURA, FRANCISCO JOSE and DONNANTUONI, GRACIELA :
FERMAN, BERNARDO G. :
FEYSOL S.A. :
COMPAGNIE FRANCAISE D'INVESTISSEMENTS S.A. :
PAGANO, MARIA SUSANA and LAGOS, CARLOS ALBERTO :
LAGOS, CARLOS ALBERTO and LAGOS, MARIA DE LAS MERCEDES :
CENTENO, GUILLERMO CARLOS F. :
KRASUK, JULIO HECTOR :
MURACA, CARLOS ALBERTO :
GIOVE, MAURIZIO and VALERI, PATRIZIA :
RONZON, ANDREA and FALOMO, SILVA :
GIANNATTASIO, VITTORIO and GIANNATTASIO, MONICA :
PRIMA, MARCELO EDUARDO and FUCITO, ANDREA FABIANA :

*[Caption continued]*

GUILLEN, MANUEL G. and CASTAÑO, BEATRIZ M. :
GRACIOTTI, MONICA HAYDEE and MORA, LISANDRO ROBERTO ARTURO :
SANTANA, ABEL VICENTE and MANGIALAVORI, MARIA CLAUDIA :
SANCHEZ CABALLERO, HORACIO ALBERTO M. and SANCHEZ CABALLERO, RICARDO and SANCHEZ CABALLERO, ELISA :
SANCHEZ CABALLERO, RICARDO and SANCHEZ CABALLERO, ELISA and MOLINA GOWLAND, SUSANA :
DEBIASI, GUIDO :
DE ROSA, ATTILIO :
GORGONE, THEA PINA and PADOAN, ALESSANDRA and PADOAN, GLORIA and PADOAN, PIERLUIGI :
GORGONE, THEA PINA and PADOAN, ALESSANDRA :
GORGONE, THEA PINA and PADOAN, LUIGI :
CUBASSO, DOLLY ESTHER :
ROSINI, JORGE HORACIO and SALVADOR, ALICIA ESTER :
FERNANDEZ, ALEJANDRO ENRIQUE :
OTAÑI, JESUS JORGE :
MUR, LUCIO RAMON :
LIMOLI, MIGUEL :

*[Plaintiffs in 04 Civ. 1077]* :

MAZORAL S.A. :

*[Plaintiff in 04 Civ. 3313]* :

NEUENHOFER, ANSGAR and NEUENHOFER, BEATE :
FIRST CITY S.A. :
BURSZTYN, ALBERTO SILVIO and MALEC, DORA RAQUEL :
MAZZA, CLAUDIO OSCAR and POVEDA, ADRIANA BEATRIZ :
GIGAGLIA, LYDIA HAYDEE :
BURUL, RODOLFO :
SORRENTINO, SANTA :
MAZZANTI, MASSIMILIANO and MAZZANTI, MANUELA and FUSCHINI, GIUSEPPINA :

*[Caption continued]*

GUERRINI, MARTA :
GUERRINI, CORRADO :
SIMONCINI, STEFANIA and PACIELLO, LUIGI :
DOLCETTI, ARNOLDO and NAVA, TELLADE and DOLCETTI, GABRIELLE :
DOLCETTI, GIUSEPPE and DOLCETTI, GABRIELLE :
VITIELLO, TOMMASINO :
VITIELLO, LUIGI :
MALEC, DORA RAQUEL and BURSZTYN, ANDREA SUSANA and BURSZTYN, ALBERTO SILVIO :
PACHECO, ALFREDO and BROWN, FRANCES :
MUSCHIETTI, JOSE ANTONIO and BUENAÑO, MARIA CRISTINA and MUSCHIETTI, ADOLFO MIGUEL :
MUSCHIETTI, MARIA CRISTINA and BUENAÑO, MARIA CRISTINA and MUSCHIETTI, ADOLFO MIGUEL :
MUSCHIETTI, ALEJANDRO FEDERICO and BUENAÑO, MARIA CRISTINA and MUSCHIETTI, ADOLFO MIGUEL :
MUSCHIETTI, RODRIGO FELIPE and BUENAÑO, MARIA CRISTINA and MUSCHIETTI, ADOLFO MIGUEL :
INTER PALMISANO S.A. :
LERINERCO S.A. :
PESENTI, AURELIO :
SONDERMANN GELLER, EVA and KALBERMANN, PEDRO and KALBERMANN, PABLO :
KALBERMANN, PABLO HUGO :

*[Plaintiffs in 04 Civ. 3314]* :

LUCIANO, NELSON DANTE and LUCIANO, DANTE and LUCIANO, DAVID ADRIAN and FELIU, MERCEDES :
CLAVIJO, OSCAR RAUL and OTERO, ANA MARIA AURORA :
BRUZZONE, CARLOS ALBERTO :
KALBERMANN, PEDRO and SONDERMANN, EVA and KALBERMANN, PABLO :

*[Plaintiffs in 04 Civ. 6137]* :

*[Caption continued]*

MASI, COLOMBO :
BIVORT, LUIS PEDRO and PELAYO, MARIA ELENA :
ETCHART, VALENTINA :
CILLI, MARIA FAUSTA :
FACCIONI, FIORENZO and STORARI, PATRIZIA :
SIMONE, LEONARDO HILARIO :
ULLA, CARLOS ARTURO JOSE :
ULLA, DECIO CARLOS FRANCISCO :

*[Plaintiffs in 04 Civ. 6594]* :

RABINOVICH, DELFIN A. :
PELUFFO, DIEGO PEDRO and BORDIGONI, LEONIDAS RAUL :
SECCO, OSCAR :
FERNANDEZ BARBEITO, ALEJANDRO :
BUCZAT, ELVIRA DAGMAR :
BARBEITO, RAMON and FERNANDEZ DE BARBEITO, LIDIA :
CALVO, MERCEDES :

*[Plaintiffs in 04 Civ. 7056]* :

CALVO, MANUEL and CALVO, MERCEDES :
ARDITI, ALCIRA NOEMI and ARDITI, CLAUDIO GABRIEL :
BARBEITO FERNANDEZ, FERNANDO :
CONCETTINI, SANDRO :
CASTELLI, MARIA ASUNCION INMACULADA and AMBROSELLI, JOSEFA :
PARADA, ROBERTO CARLOS and LANDO DE PARADA, ROSA SARA POMPEYA and PARADA, GUILLERMO PEDRO and PARADA, MARIANO ROBERTO :
G. DE SONDERMANN, ALICIA and SONDERMANN, EVA and SONDERMANN, SUSANA and SONDERMANN, RICARDO :

*[Plaintiffs in 04 Civ. 7504]* :

FISEICO - FINANCING SERVICES INTERNATIONAL CORPORATION :
NICOLAS, EDITH ELVIRA and AZCARATE, PAULA ARMANDA :
LERINERCO S.A. :

*[Caption continued]*

ENSENADA UNITED CORPORATION :
BIANCHI, LORENZO :

*[Plaintiffs in 05 Civ. 177]*

ALLIEVI, GIORDANO and TOSCANO, GABRIELLA :
STUCCHI, AMBROGIO and STUCCHI, GIUSEPPE and STUCCHI, MARIA LUISA :
LEGNARO, MORENO :
DAL TOE, MARIO :
CIALLELLA, DAVIDE :
DAL TOE, BRAMANTE and VETTORETTI, LUCIA :
NAJ OLEARI, ALDO and MODENA, MARIA IDA :
DAL TROZZO, ADA :
GARCIA TOBIO, LUIS and MACIEL, ANTONIA MIRIAN :

*[Plaintiffs in 05 Civ. 178]*

GIACOMAZZI, LUIGI and PEDROLLI, LUCIANA :
SCOCCHERA, AGOSTINO :
SPILLER, MARCELO and BUSCAGLIA, ROMINA MARIA :
KORNAS, KAZIMIERZ :
LOPEZ, NORA RAQUEL and MIGUEL, GABRIEL and MIGUEL, RAMON :
VANNI, MARCOS and CABRERA, ANA ANTONIA and CABRERA, TERENCIANO DE JESUS :
MARTINEZ, CARLOS ALBERTO and BARBERO, MONICA CRISTINA :
SUTTER, SIDNEY :

*[Plaintiffs in 05 Civ. 2521]*

ARGENTIERI, EDUARDO :
ESCATI, CARLOS ADOLFO :
VALERIO, ARMANDO EDUARDO :
PORTELA, MIRTA ANTONIA and PEREZ VILLALBA, ROQUE :
LEIMGRUBER, GABRIEL FEDERICO and LEIMGRUBER, FEDERICO HECTOR :
DEMIDOVICH, LAURA VICTORIA and DEMIDOVICH, ALEJANDRO and CASTRILLI, DIEGO WALTER :

*[Caption continued]*

*[Plaintiffs in 05 Civ. 2943]*

RIGUEIRO, MARCELO RUBEN and SACCONE, SILVIA MABEL
ZUCCHINI, ALFREDO ENRIQUE
DE NICOLA, NESTOR and BERRETTI, GRACIELA MARTA and DE NICOLA PAULA and DE NICOLA, ANDREA
ROCCA, SANTIAGO and SALDAÑA, ANA MARÍA and ROCCA, ENRIQUE JORGE
DUSSAULT IN COLELLA, DENISE MARIE LAURETTE and COLELLA, MICHELE
SCHWALD, JOSEF
GATTI, SUSANA LEONOR and GATTI, MARTA BEATRIZ and GATTI, LUIS ANGEL

*[Plaintiffs in 05 Civ. 3089]*

ROLFO, DANIEL HORACIO and GALIANI, ALICIA EVELIA
DULEVICH, GRISELDA TERESA
SAUCO, MARIA AGUSTINA and SAUCO, MARIA GRISELDA and SAUCO, MARIA FLORENCIA and SAUCO, MARIA MERCEDES
SAUCO, OSVALDO LORENZO

*[Plaintiffs in 05 Civ. 3955]*

NEBHEN, RAMON EDUARDO and ALBORNOZ, ANA CECILIA
ITALIA, BRUNO
BUSI, ANGELA
QUIROGA, MARIA LUCRECIA and DI MARCO, RUBEN UBALDO
FARINOLA, NICOLAS CARLOS AMADOR and FARINOLA, JORGE CONRADO
FARINOLA, NICOLAS CARLOS AMADOR
ARNOLD, RENATE
REDONDO DE NEGRI, IRMA HAYDEE and NEGRI, JORGE ALBERTO ATILIO

*[Plaintiffs in 05 Civ. 4299]*

BALDARI, MASSIMO and ROSSO, LILLINA
GONZALEZ, ALBERTO ANICETO and

*[Caption continued]*

GONZALEZ, DELIA ISABEL and GONZALEZ, MARIANA :
FEDECOSTANTE, ROBERTO and DI TOMMASO, DINA :
DENIS, BRIGIDA ELVIRA and BURGIO, VILMA and SORIA, NAIBY ELIANA :
GIUSTI DE BEHAR, NELIDA AMELIA :
STERN, ALEXANDER and STERN, INGEBORG :
DE LUCA, MARIA MARTA :

*[Plaintiffs in 05 Civ. 4466]* :

BERRI, SERGIO RODOLFO and BOFFELLI, STELLA MARIS :
BERRI, MALCOLM GERALD and PAOLONI, NELIDA ROSA :
CONTE, FRANCO MARIA and LO VULLO, LINA :
MASSOLETTI, FRANCESCO :

*[Plaintiffs in 05 Civ. 6002]* :

EIDELMAN, INES DELIA and TOPF, DIEGO FABIAN :
MODERN GROUP S.A. :
LUCABRAS S.A. :
CIVETTA, CESAR and WIELIWIS, AMANDA and CIVETTA, ALDO :

*[Plaintiffs in 05 Civ. 6200]* :

FERISMAR CORP. S.A. :
RIAL COTO, CARLOS A. and UNGARO TORRADO, MARIA C. :
KLEIN, DIANA :
GHIBLI INVESTMENTS LTD. :
COUNTY BAY INVESTMENTS LTD. :

*[Plaintiffs in 05 Civ. 6599]* :

SAUCO, MARIA AGUSTINA :
SCHUSTER, SILVIO EDUARDO and SCHMUSKOVITS DE SCHUSTER, RIVKA and SCHUSTER, NICOLAS and SCHUSTER, FLAVIA MARINA :
KAUFMANN, MIGUEL :
RAMOS, EDGARDO A. and DE RAMOS, BEATRIZ :

*[Caption continued]*

LEONOR
PASQUALI, ELENA
PORTICO CAPITAL INC.
CORLEIS SOCIEDAD ANONIMA
SAENZ, GRACIELA CANDIDA and GARCIA MADEO, NORBERTO ANGEL and SAENZ, ANA MARIA
ZAHN, JÖRG

*[Plaintiffs in 05 Civ.8687]*

KAUFMANN, RICARDO
BITTO, MIGUEL ANGEL and CINQUEMANI, MARIA SILVIA
QUATRINI, EUGENIO and MARINI, OLGA ALBA and QUATRINI, SEBASTIAN
SEXE, PEDRO MARCELO
OLDAK, SAMUEL and OLDAK, ANNA and OLDAK, DAVID and OLDAK, URI
TELINCOR S.A.
PASQUALI, SOCRATE and CARDUCCI, ANNA MARIA

*[Plaintiffs in 05 Civ. 10636]*

PETERS, HARTMUT
BOLLAND, WOLFGANG
WEGE ZU MOZART VERANSTALTUNGSGESELLSCHAFT m.b.H

*[Plaintiffs in 06 Civ. 3196]*

PALEARI, ANDREA
GAMATOWN CORPORATION
AMOROSO, ABEL
NORFOLK INVESTMENT TRADE CO. LTD.
GARRIDO, EDUARDO RAUL

*[Plaintiffs in 06 Civ. 3197]*

BLIWAY INTERNATIONAL S.A.

*[Plaintiffs in 06 Civ. 3198]*

ZAHN, SABINE
SCHWALD, JOSEF

*[Caption continued]*

BOIM S.A.
SPANICCIATI, STEFANO
RUBIN, NESTOR ALBERTO
SCHWALD, ANDREAS WILFRIED

*[Plaintiffs in 06 Civ. 6032]*

PAULETICH, ANTONIO JUAN and PAULETICH, FABIAN E.
PERUZ, FRANCO
CASELLA, NORBERTO DARIO
STREET INVESTMENTS LIMITED
SCANAVINO, GUIDO and SCANAVINO, LYDIA
GRASSI, GIANCARLO
BEYER, HENDRIK
SCLAFANI, EDGARDO GERARDO A.
TASSO, LUCIA RAFAELA
BRANDES, ALEXIA and EXPOSITO, FERNANDO

*[Plaintiffs in 07 Civ. 98]*

CAVANA, MARA
DALLA, MAURIZIO
PALLADINI, RENATO
VIGNALI, ANDREA
FINCOMPANY S.A.
GAGGIOLI, GLORIA
CHIRIATTI, VALERIO and BUCCIOLI, SIMONETTA
GAUDENZI, ATTILIO
MARCACCINI, ELENA
MOTTI, ILDEBRANDO
TURCHI, TULLIA
ZAVOLI, LORIS

*[Plaintiffs in 07 Civ. 689]*

CIGOLINI, CARLO
COLOMBO, JUAN EDUARDO and DELGADO, ESTELA ISABEL
NANNI, CARLA
PETRONI, MAURIZIO
AKMAN, ROBERTO and GENNI, LILIANA EDITH
DOLCETTI, GABRIELE and NAVA, TELLADE
DOLCETTI, GABRIELE and NAVA, TELLADE and DOLCETTI, ARNOLDO

*[Caption continued]*

DOLCETTI, MARCELLA :
MULAZZANI, LUCA :

*[Plaintiffs in 07 Civ. 2607]* :

BACCANELLI, ROBERTO BAUTISTA FRANCO :

*[Plaintiffs in 07 Civ. 2788]* :

ALZAGA, ALFREDO CARLOS :
BALESTRINI, MIGUEL ALBERTO and DELLA FLORA, BIBIANA and BALESTRINI, MARIA ISABEL :
TAUSS, MARIANA NOEMI :
POCOSGNICH, ATILIO LUIS and GRACIAN, ALICIA BEATRIZ and POCOSGNICH, CAROLINA :
LUPPI, ALEJANDRO R. :
MARTI RETA, BEATRIZ and LIENDO, HORACIO TOMAS :

*[Plaintiffs in 07 Civ. 5807]* :

CEREDI, LUCIANA and MILANESI, LUCIANO :
MILANESI, ALESIA :
ZEYING, PENG and CHEUNG LEUNG, WOON :
GONZALEZ MARTIN, RAUL ALEJANDRO :
FERREIRA, GUSTAVO CARLOS :
CARTAÑA , JOSE EMILIO :
MENDEZ, RAUL HORACIO and MENDEZ FERRO, MARIA MERCEDES :

*[Plaintiffs in 07 Civ. 7248]* :

PITRONACI ELLE, ROBERTO CLAUDIO :
HILLCOAT, ALBERTO GUILLERMO and MARTINEZ, ELENA GRACIELA :
PALACIO MINETTI, ENRIQUE SEBASTIAN and PALACIO, SEBASTIAN JORGE and FERRER, MARIA ESTHER :
AJU S.A. :
KORNAS, CASIMIRO :
BALESTRINI, MIGUEL ALBERTO and DELLA FLORA, BIBIANA :
HEEB, MICHAEL :
PIOLI, LIDIA FLORINDA and LEIVAS, ANA :

*[Caption continued]*

LIDIA and BALESTRELLI, JUAN DOMINGO :

*[Plaintiffs in 07 Civ. 10656]*

BRAUN, GUNTHER
HWB RENTEN PORTFOLIO PLUS
HWB ALEXANDRA STRATEGIES PORTFOLIO
NW GLOBAL STRATEGY
VICTORIA STRATEGIES PORTFOLIO LTD.
HWB VICTORIA STRATEGIES PORTFOLIO
HWB PORTFOLIO PLUS

*[Plaintiffs in 07 Civ. 10657]*

DE IULIIS, CESARE and MANDOLINO, MIRTA BEATRIZ
SORROCHE, EDUARDO HECTOR and COSTA, SUSANA ALICIA and SORROCHE, DIEGO MARCOS and SORROCHE, VERONICA
ERB, RUDOLF and ERB, CHRISTA
OVEJERO, SILVIA BEATRIZ and DE LAFUENTE, DAVID
PELUSO, JOSE L.

*[Plaintiffs in 07 Civ. 11495]*

HWB RENTEN PORTFOLIO PLUS
HWB ALEXANDRA STRATEGIES PORTFOLIO
VICTORIA STRATEGIES PORTFOLIO LTD.
HWB VICTORIA STRATEGIES PORTFOLIO
HWB PORTFOLIO PLUS

*[Plaintiffs in 07 Civ. 11382]*

ZYLBERBERG FEIN LLC

*[Plaintiff in 07 Civ. 11496]*

U.V.A. VADUZ
BOHRER, KLAUS

*[Plaintiffs in 07 Civ. 11497]*

AMBER REED CORP.
CONSULTORA KILSER S.A.

*[Caption continued]*

*[Plaintiffs in 08 Civ. 440]*

ETCHETO, ALEJANDRO ALBERTO and MONKES, SUSANA ALICIA
HABER, ALBERTO

*[Plaintiffs in 08 Civ. 4902]*

HAGEMANN, HELMUT

*[Plaintiffs in 08 Civ. 5436]*

BRANDES, CRISTA IRENE and MOLINARI, FRANCISCO MIGUEL

*[Plaintiffs in 08 Civ. 6625]*

CARABAJAL, OSCAR REINALDO and SASAL, DORA LUISA and VAZQUEZ, MARTA AZUCENA
CASTRO, ROSA DELFINA and VAZQUEZ, MARTA AZUCENA and SASAL, DORA LUISA
GAMATOWN CORPORATION S.A.

*[Plaintiffs in 09 Civ. 8275]*

U.V.A. VADUZ
BOHRER, KLAUS
KANTNER, UTE
SCHMIDT, MICHAEL

*[Plaintiffs in 09 Civ. 7059]*

DUSSAULT, MARIE LAURETTE
PILTZ, BURGHARD

*[Plaintiffs in 11 Civ. 2864]*

HWB ALEXANDRA STRATEGIES PORTFOLIO
HWB DACHFONDS - VENIVIDIVICI

*[Caption continued]*

HWB GOLD & SILBER PLUS
VICTORIA STRATEGIES PORTFOLIO LTD.
DRAWRAH LIMITED

*[Plaintiffs in 09 Civ. 8299]*

GAMATOWN CORPORATION S.A.
HWB GOLD & SILBER PLUS
NW GLOBAL STRATEGY

*[Plaintiffs in 10 Civ. 4656]*

HAGEMANN, CRISTOPH
SALINOVICH, ANYE and BALESTRELLI, JUAN DOMINGO and LEIVAS, ANA LIDIA

*[Plaintiffs in 11 Civ. 4223]*

KALBERMANN, PEDRO

*[Plaintiff in 02 Civ. 4124]*

COLELLA, MICHELE and DUSSAULT, DENISE

*[Plaintiffs in 04 Civ. 2710]*

EXPOSITO, VANINA ANDREA

*[Plaintiff in 04 Civ. 3639]*

Plaintiffs,

-against-

THE REPUBLIC OF ARGENTINA,

Defendant.

---------------------------------------------------------------- x

*[Text continued from first page]*

judgments, has evaded efforts to execute on the judgments, and has made public declarations that it will not honor the judgments.

3.  By the present action, Plaintiffs seek specific performance and equitable relief as against Argentina with respect to the Equal Treatment Provision contained in the pari passu clauses of the Fiscal Agency Agreements, prospectuses and other governing documents covering the Bonds, as identified more specifically below.  The Equal Treatment Provision provides that the payment obligations of Argentina under the Bonds shall at all times rank at least equally with all its other present and future unsecured and unsubordinated External Indebtedness of Argentina, as defined in the Bonds' governing documents.

4.  Argentina has violated the Equal Treatment Provision by making payments on its unsecured and unsubordinated External Indebtedness, including payments to holders of Exchange Bonds issued by Argentina pursuant to exchange offers made to defaulted Bond holders in 2005 and 2010, while failing make any payments on the defaulted Bonds and failing to afford equal treatment of rank and priority of payment to holders of defaulted Bonds, and while in fact enacting laws prohibiting any payments to holders of defaulted Bonds.

5.  This Court has previously held that the Equal Treatment Provision in the 1994 Fiscal Agency Agreement prohibits Argentina from making payments to the holders of Exchange Bonds unless it previously or simultaneously makes a Ratable Payment to certain plaintiff holders of defaulted Bonds issued under that Agreement.  Those decisions of this Court have been affirmed on appeal.

6.  Plaintiffs, as other defaulted Bond holders who hold money judgments against Argentina, now seek similar relief.

7. If such relief is not granted, Plaintiffs will likely be consigned to many more months or years of fruitless efforts to execute on their money judgments, which constitutes irreparable harm.

Parties

8. Plaintiffs are plaintiffs in their prior actions, as listed in the caption above. Plaintiffs hold money judgments against Argentina with respect to Plaintiffs' defaulted Bonds.

9. Argentina is a foreign state as defined in 28 U.S.C. § 1603(a).

Jurisdiction and Venue

10. This Court has jurisdiction pursuant to 28 U.S.C. § 1330. Argentina is a foreign state and has explicitly and unconditionally waived sovereign immunity with respect to actions by holders of Bonds. Argentina therefore is not entitled to immunity under 28 U.S.C. §§ 1605-07 or under any applicable international agreement. Argentina also has consented to submit to the jurisdiction of this Court for actions arising in connection with the Bonds.

11. Venue is proper in this district by agreement of the parties and pursuant to 28 U.S.C. § 1391(f).

Facts

12. Prior to December 2001, Argentina issued Bonds pursuant to governing documents, each of which contained an Equal Treatment Provision. Exhibit A, attached hereto and incorporated herein, describes each such governing document, its Equal Treatment Provision, and the Bonds covered thereby, for all Bonds covered in this action.

13. Plaintiffs purchased and own beneficial interests in Bonds, as alleged in the complaints in the actions identified in the caption. The Plaintiffs, their actions, and the Bonds they currently hold are set forth in Exhibit B, attached hereto and incorporated herein.[1]

14. In late December 2001, Argentina declared a moratorium on any further payments on its external indebtedness. Events of Default occurred with respect to all such indebtedness, including Plaintiffs' Bonds. Argentina has not made any payments on the Bonds since that time.

15. Holders of defaulted Bonds, including Plaintiffs, have sued Argentina and obtained money judgments on the Bonds. The judgment amounts on Plaintiffs' Bonds are set forth in Exhibit B. Argentina has not paid the judgments, and has evaded efforts by Plaintiffs and other judgment holders to enforce their judgments.

16. In 2005, Argentina made an offer to holders of defaulted Bonds to exchange their Bonds for Exchange Bonds (the "2005 Exchange Offer"), which were valued at about 30% of the face value of the defaulted Bonds, and which were scheduled to pay interest twice annually. About 75% of the defaulted Bonds were exchanged for 2005 Exchange Bonds.

17. In connection with the 2005 Exchange Offer, Argentina enacted Law 26,017 (the "Lock Law"). The Lock Law prohibited the Executive Branch of the Argentine government from reopening the 2005 Exchange Offer without congressional approval and also prohibited the Executive Branch from concluding any type of settlement with holders of untendered securities that were eligible to participate in the 2005 Exchange Offer -- i.e., defaulted Bonds.

18. In 2009, Argentina determined to make another exchange offer the next year (the "2010 Exchange Offer"), also at a steep discount, in an effort to retire the remaining defaulted

[1] In the case of jointly held bonds, only the first holder's name is listed on Exhibit B, but all holders are listed as plaintiffs in the caption of this complaint.

Bonds.  About 18% of the defaulted Bonds were exchanged for 2010 Exchange Bonds, which were also scheduled to pay interest twice annually.

19.    In connection with the 2010 Exchange Offer, Argentina enacted Law 26,547. Law 26,547 suspended the Lock Law for purposes of the 2010 Exchange Offer; prohibited offering terms more favorable to remaining bondholders than the terms of the 2005 Exchange Offer; and prohibited offering terms more favorable to bondholders who had sued than to those who had not.

20.    Argentina made the required interest payments on the 2005 Exchange Bonds and the 2010 Exchange Bonds until it defaulted on the payments due on June 30, 2014.

21.    The 2005 Exchange Bonds and the 2010 Exchange Bonds constitute unsecured and unsubordinated External Indebtedness.

22.    Argentina violated the Equal Treatment Provision by relegating Plaintiffs' Bonds to non-paying status, while continuing to pay other unsecured and unsubordinated External Indebtedness.

23.    Argentina's payments on the 2005 Exchange Bonds, the 2010 Exchange Bonds, and any other unsecured and unsubordinated External Indebtedness, while failing to pay on the Bonds, violated the Equal Treatment Provision of the Bonds.

24.    Argentina has violated the Equal Treatment Provision in the governing documents applicable to the Bonds, including by:

(a)    Enacting Law 26,017, by which a new series of bonds, constituting unsecured unsubordinated External Indebtedness with payment obligations that rank higher than the Bonds, was issued.

(b)     Enacting Law 26,547, by which a new series of bonds, constituting unsecured unsubordinated External Indebtedness with payment obligations that rank higher than the Bonds, was issued.

(c)     Including provisions in Law 26,017 and Law 26,547 prohibiting payment on the Bonds.

(d)     Making payments to holders of the 2005 Exchange Bonds without making payments to holders of the Bonds.

(e)     Making payments to holders of the 2010 Exchange Bonds without making payments to holders of the Bonds.

(f)     Making payments to holders of other unsecured unsubordinated External Indebtedness without making payments to holders of the Bonds.

25.     Plaintiffs have suffered and will continue to suffer irreparable injury as a result of Argentina's violation of the Equal Treatment Provision unless the Court specifically enforces that Provision with a mandatory injunction requiring Argentina to pay Plaintiffs ratably whenever it pays interest to holders of 2005 Exchange Bonds, 2010 Exchange Bonds, or holders of other unsecured unsubordinated External Indebtedness.

26.     Remedies at law are inadequate to compensate Plaintiffs for their injuries.

27.     Plaintiffs have performed their part of the contract with Argentina.

28.     Argentina is capable of performing its obligations pursuant to the Equal Treatment Provision.

29.     The balance of the equities favors issuance of the requested injunction.

30.     The public interest would not be disserved by issuance of the requested injunction.

31. In certain other actions before this Court, plaintiff holders of Bonds asserted claims against Argentina for violation of the Equal Treatment Provision and sought injunctions requiring specific performance of the provision, requiring, if Argentina made payments on Exchange Bonds, that Ratable Payments also be made to the plaintiffs that obtained the injunctions. This Court granted summary judgment to those plaintiffs, holding that Argentina was violating the Equal Treatment Provision, and issued the requested injunctions.

32. In its order dated December 7, 2011, in those actions, this Court held that Argentina's Equal Treatment obligations apply to judgments on Bonds:

> It is DECLARED, ADJUDGED, and DECREED that the Republic's payment obligations on the bonds include its payment obligations to bondholders who have brought actions to recover on their defaulted bonds, and on judgments entered pursuant to judicial action brought by bondholders.

*Id.* at 4 ¶ 3. Therefore, the same relief as was granted in the prior cases is warranted in favor of Plaintiffs here.

33. This Court's injunctions and orders were affirmed on appeal. *NML Capital, Ltd. v. Republic of Argentina,* 699 F.3d 246 (2d Cir. 2012), *cert. denied,* 134 S. Ct. 201 (2013); 727 F.3d 230 (2013), *cert. denied,* Nos. 13-990 and 13-991 (U.S. June 16, 2014). Argentina is bound and estopped by those decisions.

<u>First Claim for Relief</u>

[For Specific Performance of the Equal Treatment Provision of the 1994 FAA and for Injunctive Relief]

34. The allegations of paragraphs 1-33 above are incorporated here.

35. This claim is brought on behalf of Plaintiffs holding beneficial interests in Bonds governed by the 1994 Fiscal Agency Agreement (including Amendment No. 1 where applicable), as specifically set forth in Exhibits A and B, with respect to those Bonds.

36. Plaintiffs are entitled to specific performance of the Equal Treatment Provision set forth in the 1994 Fiscal Agency Agreement (including Amendment No. 1 where applicable) and to injunctive relief enforcing that provision and prohibiting evasion of those obligations.

Second Claim for Relief

[For Specific Performance of the Equal Treatment Provision of the 1993 Fiscal Agency Agreement and Prospectus]

37. The allegations of paragraphs 1-33 above are incorporated here.

38. This claim is brought on behalf of Plaintiffs holding beneficial interests in Bonds governed by the 1993 Fiscal Agency Agreement and related Prospectus, as specifically set forth in Exhibits A and B, with respect to those Bonds.

39. Plaintiffs are entitled to specific performance of the Equal Treatment Provision set forth in the 1993 Fiscal Agency Agreement and related Prospectus and to injunctive relief enforcing that provision and prohibiting evasion of those obligations.

Third Claim for Relief

[For Specific Performance of the Equal Treatment Provision of the Floating Rate Bond Exchange Agreement and the Discount and Par Bond Exchange Agreement]

40. The allegations of paragraphs 1-33 above are incorporated here.

41. This claim is brought on behalf of Plaintiffs holding beneficial interests in Bonds governed by the Floating Rate Bond Exchange Agreement and the Discount and Par Bond Exchange Agreement, as specifically set forth in Exhibits A and B, with respect to those Bonds.

42. Plaintiffs are entitled to specific performance of the Equal Treatment Provision set forth in the Floating Rate Bond Exchange Agreement and the Discount and Par Bond Exchange Agreement and to injunctive relief enforcing that provision and prohibiting evasion of those obligations.

Fourth Claim for Relief

[For Specific Performance of the Equal Treatment Provision of the Terms and Conditions of the Trust Deed governing the Euro Medium-Term Notes Program]

1. The allegations of paragraphs 1-33 above are incorporated here.

2. This claim is brought on behalf of Plaintiffs holding beneficial interests in Bonds governed by the Terms and Conditions of the Trust Deed governing the Euro Medium-Term Notes Program, as specifically set forth in Exhibits A and B, with respect to those Bonds.

3. Plaintiffs are entitled to specific performance of the Equal Treatment Provision set forth in the Terms and Conditions of the Trust Deed governing the Euro Medium-Term Notes Program and to injunctive relief enforcing that provision and prohibiting evasion of those obligations.

Fifth Claim for Relief

[For Specific Performance of the Equal Treatment Provision of the Bond Purchase Agreement, Subscription Agreements, Memorandums, and Offering Circular for DM Bonds]

4. The allegations of paragraphs 1-33 above are incorporated here.

5. This claim is brought on behalf of Plaintiffs holding beneficial interests in Bonds governed by the 1997 Bond Purchase Agreement, 1998 Subscription Agreement, 1999 Subscription Agreement, November Memorandum, December Memorandum, February Subscription Agreement, June Subscription Agreement, September Subscription Agreement, July Subscription Agreement, January Subscription Agreement, and Offering Circular, as specifically set forth in Exhibits A and B, with respect to those Bonds.

6. Plaintiffs are entitled to specific performance of the Equal Treatment Provision set forth in the 1997 Bond Purchase Agreement, 1998 Subscription Agreement, 1999

Subscription Agreement, November Memorandum, December Memorandum, February Subscription Agreement, June Subscription Agreement, September Subscription Agreement, July Subscription Agreement, January Subscription Agreement, and Offering Circular and to injunctive relief enforcing that provision and prohibiting evasion of those obligations.

WHEREFORE, Plaintiffs demand judgment against the Republic of Argentina as follows:

a. On each Claim for Relief, an Order specifically enforcing the Equal Treatment Provision by requiring ratable payment to Plaintiffs whenever Argentina makes payments on the 2005 Exchange Bonds, the 2010 Exchange Bonds, or other unsecured unsubordinated External Indebtedness.

b. Awarding Plaintiffs their costs, attorneys' fees, and such other and further relief as the Court shall deem just and proper.

Dated: October 15, 2014

MILBERG LLP

By: [signature]
Michael C. Spencer
mspencer@milberg.com
One Pennsylvania Plaza
New York, NY 10119
Tel.: 212-594-5300
Facs.: 212-868-1229

SNITOW KANFER & HOLZER LLP
Gary S. Snitow
gsnitow@skhllp.com
575 Lexington Avenue
New York, NY 10022
Tel.: 212-317-8500
Facs.: 212-317-1308

*Attorneys for Plaintiff*